1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SOVEREIGN PEAK VENTURES, LLC | CASE NO. 2:18-cv-10069-AB-JPR |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| FEIT ELECTRIC COMPANY, INC., | |
| Defendant. | Complaint Served: 12/5/18<br>Current Response Date: 1/22/19<br>New Response Date:  2/21/19 |

For good cause, the Court hereby **GRANTS** the parties' Joint Stipulation to Extend Time to Respond to Complaint.  Accordingly, Defendant Feit Electric Company, Inc. shall have until February 21, 2019 to respond to the Complaint.

**IT IS SO ORDERED.**

Dated: January 22, 2019

_____
Honorable Andre Birotte Jr.
United States District Court Judge

1