M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220265)
dalberti@feinday.com
SAL LIM (SBN 211836)
slim@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI LIM &**
**BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel:  650.618.4360
Fax:  650.618.4368
Attorneys for Sovereign Peak Ventures,
LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC | CASE NO. 2:18-cv-10069-AB-JPR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| FEIT ELECTRIC COMPANY, INC., | Complaint Served: 12/5/18 |
| | Current Response Date: 2/21/19 |
| Defendant. | New Response Date:  3/25/19 |

For good cause, the Court hereby GRANTS the parties' Joint Stipulation to Extend Time to Respond to Complaint.  Accordingly, Defendant Feit Electric Company, Inc. shall have until March 25, 2019 to respond to the Complaint.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Andre Birotte Jr.
UNITED STATES DISTRICT JUDGE

1