1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SOVEREIGN PEAK VENTURES, LLC | CASE NO. 2:18-cv-10069-AB-JPR |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| FEIT ELECTRIC COMPANY, INC., | |
| Defendant. | Complaint Served: 12/5/18<br>Current Response Date: 2/21/19<br>New Response Date:  3/25/19 |

For good cause, the Court hereby GRANTS the parties' Joint Stipulation to Extend Time to Respond to Complaint.  Accordingly, Defendant Feit Electric Company, Inc. shall have until March 25, 2019 to respond to the Complaint.

**IT IS SO ORDERED.**

Dated: February 26, 2019

_____
Honorable Andre Birotte Jr.
UNITED STATES DISTRICT JUDGE

1