M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220265)
dalberti@feinday.com
SAL LIM (SBN 211836)
slim@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel:  650.618.4360
Fax:  650.618.4368
Attorneys for Sovereign Peak Ventures, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC<br><br>Plaintiff,<br><br>v.<br><br>FEIT ELECTRIC COMPANY, INC.,<br><br>Defendant. | CASE NO. 2:18-cv-10069-AB-JPR<br><br>**DECLARATION OF MARC BELLOLI IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

I, Marc Belloli, declare:

1. I am an active member of the California State Bar and this Court and a Partner in the law firm of Feinberg Day Alberti Lim & Belloli LLP, counsel for Plaintiff Sovereign Peak Ventures ("SPV").

2. The facts set forth in this declaration are known to me personally, and I have firsthand knowledge of them. If called as a witness, I could and would testify competently, under oath, to such facts.

3. The parties are currently exploring settlement, and SPV believes that another 14-day extension will allow for the resolution of this case without expending the parties' resources or the Court's resources. I understand that Defendant Feit Electric Company, Inc. ("Feit") believes this as well.

4. SPV and Feit have met and conferred concerning extending the time within which Feit may respond to SPV's Complaint.

5. SPV has agreed to another 14-day extension of time for Feit to respond to SPV's Complaint.

6. There is currently no deadline for the parties' Rule 26(f) conference and no Scheduling Conference has been set.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and belief, the foregoing is true and correct.

Dated: March 25, 2019

**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**

By: /s/ Marc Belloli
Marc Belloli

*Attorneys for Plaintiff*
*Sovereign Peak Ventures, LLC*