M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220265)
dalberti@feinday.com
SAL LIM (SBN 211836)
slim@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel:  650.618.4360
Fax:  650.618.4368

Attorneys for Sovereign Peak Ventures, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC<br><br>           Plaintiff,<br><br>      v.<br><br>FEIT ELECTRIC COMPANY, INC.,<br><br>           Defendant. | CASE NO. 2:18-cv-10069-AB-JPR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Sovereign Peak Ventures, LLC and Defendant Feit Electric Company, Inc. stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss with prejudice all claims and defenses in this case, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: April 8, 2019

**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**

By: */s/ Marc Belloli*
Marc Belloli

*Attorneys for Plaintiff*
*Sovereign Peak Ventures, LLC*

Dated: April 8, 2019

**FEIT ELECTRIC COMPANY, INC.**

By: */s/ John D. Mitchell, Jr.*
John D. Mitchell, Jr.

*Counsel*
*Feit Electric Company, Inc.*

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Marc Belloli*
Marc Belloli